IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERCEPT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | |
| LUIS ENRIQUE FERNANDO ) | NO. 1:06-CV-1212-HTW |
| MOLINA GALEANA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO**
**DEFENDANT'S COUNTERCLAIMS AND PLAINTIFF'S COMPLAINT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff InterCept, Inc., hereby moves the Court for summary judgment in its favor on all of Defendant Luis Enrique Fernando Molina Galeana's counterclaims. Plaintiff also moves for summary judgment in its favor on its affirmative claims. In support of this motion, Plaintiff refers the Court to its Memorandum of Law and Statement of Material Facts As To Which There Are No Genuine Issues, filed in conjunction herewith, as well as the following documents:

Exhibits 1 – 3;
All pleadings filed in this case.

This 19th day of March, 2007.

1

*/s/ Rebecca B. Phalen*
S. Wade Malone
Georgia Bar No. 468015
wade.malone@nelsonmullins.com
Rebecca B. Phalen
Georgia Bar No. 575197
rebecca.phalen@nelsonmullins.com

Attorneys for InterCept, Inc.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
999 Peachtree Street, NE / 14th Floor
Atlanta, Georgia  30309-3964
(404) 817-6000
(404) 817-6050 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERCEPT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | |
| LUIS ENRIQUE FERNANDO ) | NO. 1:06-CV-1212-HTW |
| MOLINA GALEANA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT'S COUNTERCLAIMS AND PLAINTIFF'S COMPLAINT** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to the following attorneys of record:

Jamie P. Woodard
Wellborn & Wallace, LLC
1175 Peachtree St.
100 Colony Square, Ste. 300
Atlanta, GA 30361

3

>  */s/ Rebecca B. Phalen*
> Rebecca B. Phalen
> Georgia Bar No. 575197
> rebecca.phalen@nelsonmullins.com
>
> Attorney for InterCept, Inc.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
999 Peachtree Street, NE / 14th Floor
Atlanta, Georgia  30309-3964
(404) 817-6000
(404) 817-6050 (facsimile)