**Luis Enrique Fernando Molina Galeana**
499 North Canon Drive
Beverly Hills CA 90210
800.496.9951

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 18 2007

JAMES N. HATTEN, Clerk
By: BBoyl Deputy Clerk

November 8, 2007

Clerk of the Court
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
1721 Richard B. Russell
Federal Building
United States Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

RE: CIVIL ACTION NO. 1:06-CV-1212-HTW
InterCept, Inc. v. Luis E. Fernando Molina Galeana

Dear Sir or Madam:

This is a notification pursuant to Local Rule 83.1E(4) in the above captioned case that I am proceeding *pro se* and my address for service is the following:

Luis Enrique Fernando Molina Galeana
c/o Sentinel Law, PC
suite 306
499 North Canon Drive
Beverly Hills CA 90210
800.496.9951

Very truly yours;

Luis Enrique Fernando Molina Galeana

L.E.F. Molina Galeana
suite 306
499 N. Canon Dr
Beverley Hills, CA 90210

SAN FRANCISCO CA 941
12 DEC 2007 PM 9 L

Clerk of the Court
UNITED STATES DISTRICT COURT
1721 Richard B. Russell
Federal Building
United States Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

LOUIS COMFORT TIFFANY
USA 41