IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

INTERCEPT, INC., :
:
    Plaintiff :
:
v. : CIVIL ACTION FILE NO.
: 1:06-CV-1212-HTW
LUIS ENRIQUE FERNANDO MOLINA :
GALEANA, :
:
    Defendant :

## ORDER

On September 22, 2008, the court entered an order granting summary judgment in favor of the plaintiff on plaintiff's complaint and defendant's counterclaims. In that order the court directed the plaintiff to submit to the court the amount of damages and attorney's fees plaintiff contends it was entitled to recover. Defendant was allowed to file a response to any submission by the plaintiff. Within the time allowed, the plaintiff submitted the necessary documents relating to its claims for damages and attorney's fees. The record indicates that the defendant has filed no response to plaintiff's submission.

Upon a review of the submission filed by the plaintiff, the court finds that plaintiff is entitled to recover $1,156,610.42 as principle and interest on the Media Billing note. Upon consideration of the same submission, the court finds that the plaintiff is entitled to recover $4,603,723.80 on the Letter of Credit. The combined total of principal and interest to be awarded to the plaintiff is $5,760,334.22.

AO 72A
(Rev. 8/82)

Plaintiff's submission also included documents supporting its claim for attorney's fees and expenses incurred in this case. The court has reviewed these documents and finds that plaintiff's claims for attorney's fees in the amount of $117,647.50 is a reasonable amount under the facts and circumstances of this case. The court further determines that plaintiff's claim of $4,285.44 as expenses incurred has been sufficiently documented.

The clerk of court is hereby DIRECTED to enter a judgment in favor of the plaintiff and against the defendant in the amount of $5,760,334.22 as principal and interest. The clerk is further DIRECTED to award plaintiff $121,932.94 as attorney's fees and expenses.

SO ORDERED, this 17th day of October, 2008.

HORACE T. WARD, SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

AO 72A
(Rev. 8/82)