**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

INTERCEPT, INC.,

          Plaintiff,

v.

LUIS ENRIQUE FERNANDO MOLINA
GALEANA,

          Defendant.

CIVIL ACTION FILE

NO. 1:06-cv-1212-HTW

## J U D G M E N T

This action having come before the court, Honorable Horace T. Ward, United States District Judge, for consideration of Motion for Summary Judgment and Submission of Claim for Attorney's Fees and Expenses, and the court having granted said motions, it is

**Ordered and adjudged** that plaintiff recover from defendant $5,760,334.22 as principle and interest, and $121,932.94 as reasonable attorney's fees and expenses.

Dated at Atlanta, Georgia this 20th day of October, 2008.

JAMES N. HATTEN
CLERK OF COURT

By:  s/Barbara D. Boyle
      Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   October 20, 2008
James N. Hatten
Clerk of Court

By: s/B.D. Boyle
      Deputy Clerk