IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| INTERCEPT, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:06-CV-1212-HTW-CCH |
| LUIS   ENRIQUE   FERNANDO | : | |
| MOLINA GALEANA, | : | |
| | : | |
| Defendant. | : | |

## O R D E R

The above-captioned action is before the Court on Plaintiff's Motion for Sanctions for Molina's Failure to Appear for his Deposition [116] ("Motion for Sanctions"). Plaintiff contends that Defendant Molina Galeana failed to appear for a properly noticed deposition on September 14, 2010. Plaintiff seeks sanctions against Molina Galeana for his failure to appear for his deposition and argues that the appropriate sanction in this case would be an order to incarcerate Molina Galeana if he does not appear for his deposition.

The Court held a telephone conference with counsel for the parties to hear oral argument on the Motion for Sanctions, at which time counsel for Defendant admitted that Defendant failed to appear for his deposition, but argued that an order to incarcerate Defendant would be premature at this time. The Court agrees with

Defendant that an order to incarcerate him if he fails to appear for his deposition would be inappropriate sanction at this time.  Nevertheless, the Plaintiff's request for an order that Defendant be required to appear for a deposition is granted.

Accordingly, Plaintiff's Motion for Sanctions [116] is **GRANTED IN PART, DENIED IN PART**.  The Court **DENIES** Plaintiff's request for an order that Defendant Molina Galeana be incarcerated for failing to appear for his deposition, but **GRANTS** Plaintiff's request that Defendant Molina Galeana be ordered to appear for deposition.  Defendant Molina Galeana is **ORDERED** to appear for a properly noticed deposition in Atlanta, Georgia, at a date and place to be agreed upon by the parties, but no later than December 17, 2010.  Defendant Molina Galeana is expressly advised that, should he again fail to appear for a properly noticed deposition, the Court may issue an order holding him in contempt and ordering that he be arrested for failure to comply with a lawful order of the Court, and the Court may also impose monetary sanctions on both Defendant and counsel for Defendant.

IT IS SO ORDERED this 18th day of November, 2010.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE