# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:06-cv-01212-HTW -CCH
### InterCept, Inc. v. Molina Galeana
### Honorable C. Christopher Hagy

Minute Sheet for proceedings held In Chambers on 12/09/2010.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 3:25 P.M.
TIME IN COURT: 0:25

TAPE NUMBER: none
DEPUTY CLERK: Cheryl Jenkins

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Samuel Malone representing InterCept, Inc.<br>James Monagle representing Luis Enrique Fernando Molina Galeana<br>Rebecca Phalen representing InterCept, Inc. |
| PROCEEDING CATEGORY: | Telephone Conference(Oral Argument Hearing); |
| MOTIONS RULED ON: | [120]Motion to Compel GRANTED |
| MINUTE TEXT: | The Court held a telephone conference to hear oral argument on Plaintiff's Motion to Compel. The Court GRANTED the Motion to Compel, subject to the Defendant's appearance at an in camera hearing before the Court to establish his objections on Fifth Amendment grounds, and will issue a separate Order setting forth additional rulings. |