**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| INTERCEPT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No. |
| | ) | 1:06-CV-1212-HTW |
| LUIS ENRIQUE FERNANDO | ) | |
| MOLINA GALEANA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT LUIS ENRIQUE FERNANDO MOLINA GALEANA'S NOTICE OF INTENTION TO FILE REPLY BRIEFS REGARDING MOTIONS DEEMED SUBMITTED**

Mr. Molina has two pending Motions before this Court:

1. Dr. Molina's Motion For Protective Order, which Plaintiff InterCept, Inc. opposed on January 13, 2011 (Docket 143);

2. Dr. Molina's Emergency Motion to allow hearing on Motion For Protective Order prior to Plaintiff Intercept, Inc's Motion For Contempt, which Plaintiff InterCept, Inc. opposed on January 18, 2011 (Docket 145).

Pursuant to Local Rule 7.1(C) of the Civil Rules for the Northern District of Georgia, Atlanta Division, Luis Enrique Fernando Molina Galeana ("Dr. Molina") gives notice that he intends to file a Reply Brief in support of two currently pending motions filed by Dr. Molina (Docket 138 and Docket 141).

Dr. Molina is filing this Notice because, on January 19 and January 25, 2011, Notices from the Court were issued stating these Motions had been deemed submitted.

On January 19, 2011 this Court deemed Dr. Molina's Motion For A Protective Order submitted, and on January 25, 2011 this Court deemed Dr. Molina's Emergency Motion submitted although Dr. Molina had not had an opportunity to file a Reply Brief for either Motion. If the Court's rulings on Dr. Molina's submission of his two related Motions were intentional, Dr. Molina respectfully requests the Court consider his Reply Briefs to be filed in the interest of justice, as these Motions oppose Plaintiff's request that an arrest issue calling for Dr. Molina's incarceration – the most extreme sanction available to this Court.

DATED: January 26, 2011

___/s/ Steven M. Jampol_________

Martín Antonio Sabelli
Law Offices of Martín A. Sabelli
149 Natoma Street, Suite 300
San Francisco, CA 94105
PH: 415-284-9806
FX: 415-520-5810
Email: msabelli@comcast.net
Admitted Pro Hac Vice

Steven Michael Jampol
Georgia Bar No. 389435
North Atlanta Law Group, P.C.
Suite 100
11680 Great Oaks Way
Alpharetta, GA 30022

PH: 770-667-1290
FX: 770-667-1690
Email: sjampol@northatlantalaw.net
*Attorneys for Defendant*