# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| INTERCEPT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No. |
| | ) | 1:06-CV-1212-HTW |
| LUIS ENRIQUE FERNANDO | ) | |
| MOLINA GALEANA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S MOTION TO CANCEL OR CONTINUE HEARING REGARDING DEFENDANT'S FIFTH AMENDMENT OBJECTION

Defendant LUIS ENRIQUE FERNANDO MOLINA GALEANA ("Dr. Molina") moves this Court to cancel or continue the hearing currently scheduled for Friday, March 31, 2011 at 10:30 am (pursuant to this Court's Order dated February 11, 2011) because Dr. Molina has recently withdrawn his prior objections to discovery based upon the fifth amendment privilege, and Dr. Molina is in the process of responding to Plaintiff's written discovery accordingly.

1

Respectfully submitted,

DATED:  March 23, 2011


/s/Steven M. Jampol
Steven Michael Jampol
Georgia Bar No. 389435
North Atlanta Law Group, P.C.
Suite 100
11680 Great Oaks Way
Alpharetta, GA 30022
PH: 770-667-1290
FX: 770-667-1690
Email: sjampol@northatlantalaw.net


Martín Antonio Sabelli
Law Offices of Martín A. Sabelli
149 Natoma Street, Suite 300
San Francisco, CA 94105
PH: 415-284-9806
FX: 415-520-5810
Email: msabelli@comcast.net
Admitted Pro Hac Vice

*Attorneys for Defendant*