# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| INTERCEPT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No. |
| ) | 1:06-CV-1212-HTW |
| LUIS ENRIQUE FERNANDO ) | |
| MOLINA G., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**InterCept Inc.'s Status Report on Its Second Motion to Compel Molina's Responses to Written Discovery in Aid of Execution on Judgment**

Plaintiff InterCept Inc. files this status report to update the Court on the documents produced by Defendant Molina subsequent to the filing of InterCept's Second Motion to Compel [Doc. No. 166]. Although Dr. Molina filed a Statement of Non-Opposition [Doc. No. 167] to that motion, only one, incomplete, document has been produced. The deficiencies identified in InterCept's motion remain. InterCept has allowed Dr. Molina ample time to produce the documents identified in the motion. The motion should now be granted.

1. **Dr. Molina has produced only one document in response to InterCept's motion.**

After filing the Statement of Non-Opposition, on December 8, 2011, Dr. Molina's counsel produced the Declaration of Trust for The Molina Family Trust IV, Living Trust Agreement. With that production, InterCept learned that there are two trusts at issue. But InterCept still does not have full information for either trust. The Declaration of Trust for The Molina Family Trust IV was incomplete: It references a Schedule A, which was not attached. Although Dr. Molina was questioned about this schedule at his January 4, 2012 deposition, he claimed no knowledge. But he is the trustee of this trust and the Molina Vector Investment Trust. He should exercise his control over the documents requested and produce complete trust documents and financial records for both trusts.

InterCept detailed these deficiencies in its letter (attached as Exhibit 1) to Dr. Molina's counsel after the deposition.

2. **All other deficiencies in the Second Motion to Compel remain.**

Dr. Molina has not produced any other document. Although InterCept is aware that Dr. Molina's counsel is attempting to obtain certain bank records, none have been produced. Moreover, at Dr. Molina's January 4, 2012 deposition, he testified that he has an email address. Therefore, Dr. Molina or his counsel should

have undertaken a search of that email account for responsive documents. InterCept is not requesting—at this point—full access to that account, because it should be an easy search for Dr. Molina to make in his Yahoo email account. But Dr. Molina has not expended any effort to search for responsive documents.

**3.   InterCept requests an order on its Second Motion to Compel, including attorneys' fees.**

Dr. Molina continues to evade his obligations to fully respond to post-judgment discovery. The one document produced after InterCept filed the motion to compel only raised new questions and showed that there are additional documents that have not been produced. Dr. Molina's continued delay prejudices InterCept in collecting on its judgment issued by this Court over three years ago. This Court should order Dr. Molina to fully respond to the written discovery. InterCept should also be granted its attorneys' fees spent in obtaining this order.

This 13th day of February, 2012.

/s/ S. Wade Malone
S. Wade Malone, Esq.
Georgia Bar No. 468015

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
Atlantic Station
201 17th St., NW / Suite 1700
Atlanta, GA 30363
PH: 404-322-6000

FX: 404-322-6050
wade.malone@nelsonmullins.com

## Local Rule 7.1(D) Certification

I certify that this status report has been prepared with Times New Roman font, 14 point, in accordance with Local Rule 5.1.

                    /s/ S. Wade Malone
                    S. Wade Malone, Esq.
                    Georgia Bar No. 468015

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
Atlantic Station
201 17th St., NW / Suite 1700
Atlanta, GA 30363
PH: 404-322-6000
FX: 404-322-6050
wade.malone@nelsonmullins.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERCEPT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No. |
| ) | 1:06-CV-1212-HTW |
| LUIS ENRIQUE FERNANDO ) | |
| MOLINA G., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I certify that on February 13, 2012, I electronically filed the **InterCept Inc.'s Status Report on Its Second Motion to Compel Molina's Responses to Written Discovery in Aid of Execution on Judgment** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Steven Michael Jampol
    North Atlanta Law Group, P.C.
    Suite 100
    11680 Great Oaks Way
    Alpharetta, GA 30022
    770-667-1290
    Email: sjampol@northatlantalaw.net

    and

Martín Antonio Sabelli
Law Offices of Martín A. Sabelli
149 Natoma Street, Suite 300
San Francisco, CA 94105
PH: 415-284-9806
Email: msabelli@comcast.net
*Pro Hac Vice.*


/s/ S. Wade Malone
S. Wade Malone, Esq.
Georgia Bar No. 468015

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
Atlantic Station
201 17th St., NW / Suite 1700
Atlanta, GA 30363
PH: 404-322-6000
FX: 404-322-6050
wade.malone@nelsonmullins.com