# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| INTERCEPT, INC., | ) **NOTICE OF INTENTION TO** |
| | ) **WITHDRAW AS COUNSEL** |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action File No. |
| LUIS ENRIQUE FERNANDO | ) 1:06-CV-1212-HTW |
| MOLINA GALEANA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

I, MARTIN SABELLI, hereby give notice that:

Undersigned counsel intends to withdraw as attorney for Luis Enrique Fernando Molina Galeana (Dr. Molina);

The Court will retain jurisdiction of the action;

Dr. Molina has the burden of keeping the Court informed respecting where notices, pleadings or other papers may be served;

Dr. Molina has the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set;

If Dr. Molina fails or refuses to meet these burdens, he may suffer adverse consequences;

1

There are no presently scheduled proceedings except the deadline for Defendant Molina to respond to this Court's Order dated March 5, 2012.

Service of notices may be made at the client, Molina's, last known address, set forth below:

>Dr. Luis Enrique Fernando Molina Galeana
>Paseo de la Reforma, No. 35
>7th Pico, (7th Floor)
>Colonia Tabacalera
>Mexico City, Mexico CP06030

Dr. Molina has the right to object within fourteen (14) days of the date of this Notice.

Respectfully submitted this 30th day of March, 2012.


By:   /s/Martin Sabelli
      Martín Antonio Sabelli

Law Offices of Martín A. Sabelli
149 Natoma Street, Suite 300
San Francisco, CA 94105
PH: 415-284-9806
FX: 415-520-5810
Email: msabelli@comcast.net
*Admitted Pro Hoc Vice*