**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| INTERCEPT, INC., | ) | **DECLARATION OF COUNSEL** |
| | ) | **IN SUPPORT OF MOTION FOR** |
| Plaintiff, | ) | **LEAVE TO WITHDRAW AS** |
| | ) | **COUNSEL BY MARTIN A.** |
| v. | ) | **SABELLI (INCLUDING** |
| | ) | **PLAINTIFF'S NON-** |
| LUIS ENRIQUE FERNANDO | ) | **OPPOSITION TO MOTION**) |
| MOLINA GALEANA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Civil Action File No.
1:06-CV-1212-HTW

I, Martin A. Sabelli, hereby declare under penalty of perjury:

1. On March 6, 2012, I provided notice to Dr. Molina of my intention to withdraw as counsel.

2. Fourteen days later, on March 20, 2012, I provided a second notice to Dr. Molina of my intention to withdraw as counsel.

3. On March 20, 2012 and on March 30, 2012, Dr. Molina, via e-mail, indicated that he does not oppose my intention to withdraw.  On March 30, 2012, he confirmed this fact by telephone also.

/ / /

1

4. On April 1, 2012, counsel for Plaintiff Intercept indicated that Plaintiff does not oppose my intention to withdraw.

DATED:  April 1, 2012

___/s/ Martin A. Sabelli_____
Martín Antonio Sabelli
Law Offices of Martín A. Sabelli
149 Natoma Street, Suite 300
San Francisco, CA 94105
PH: 415-284-9806
FX: 415-520-5810
Email: msabelli@comcast.net
Admitted  Pro Hac Vice