IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERCEPT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No. |
| ) | 1:06-CV-1212-HTW |
| LUIS ENRIQUE FERNANDO ) | |
| MOLINA G., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### Notice of Subpoena to Jay Strongwater

TO:  Dr. Luis Enrique Fernando Molina Galeana

Please take notice, under Federal Rule of Civil Procedure 45, that counsel for Plaintiff intends to serve the following subpoena:

- Subpoena for documents to Jay Strongwater.

The form the subpoena, including the documents requested, are attached hereto.

This 2nd day of May, 2012.

/s/ S. Wade Malone
S. Wade Malone, Esq.
Georgia Bar No. 468015

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
Atlantic Station
201 17th St., NW / Suite 1700
Atlanta, GA 30363
PH: 404-322-6000
FX: 404-322-6050
wade.malone@nelsonmullins.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| INTERCEPT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File No. |
| | ) | 1:06-CV-1212-HTW |
| LUIS ENRIQUE FERNANDO MOLINA G., | ) ) | |
| | ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2012, I electronically filed the **Notice of Subpoena to Jay Strongwater** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Jay L. Strongwater
    1349 West Peachtree Street
    Suite 1250
    Atlanta, GA 30309
    jls@strongh2o.com

    This 2nd day of May, 2012.

                                          /s/ S. Wade Malone
                                          S. Wade Malone, Esq.
                                          Georgia Bar No. 468015

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
Atlantic Station
201 17th St., NW / Suite 1700
Atlanta, GA 30363
PH: 404-322-6000
FX: 404-322-6050
wade.malone@nelsonmullins.com