IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERCEPT, INC., : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION NO. |
| : | 1:06-CV-1212-HTW-CCH |
| LUIS ENRIQUE FERNANDO : | |
| MOLINA GALEANA, : | |
| Defendant. : | |

### **O R D E R**

The above-captioned action is before the Court on the "Motion for Leave to Withdraw as Counsel of Record" [171] filed by Steven M. Jampol, Esq. and North Atlanta Law Group, P.C., counsel for Defendant, the "Motion for Leave to Withdraw as Counsel" [174] filed by Martin A. Sabelli, counsel for Defendant, and the "Motion for Enlargement of Time" [179] filed by Defendant Luis Enrique Fernando Molina Galeana. For the reasons set forth below, the pending motions [171][174][179] are **GRANTED**.

Pursuant to Local Rule 83.1E, an attorney wishing to withdraw as counsel of record in a civil case must give the client fourteen days' prior notice before filing a motion to withdraw and must attach the notice to the motion to withdraw. *See* LR

83.1E(2), NDGa. In lieu of filing a motion to withdraw, an attorney may instead choose to file a Certificate of Consent that has been signed by the client, the withdrawing attorney, and the substituting attorney, if one has been chosen. *See* LR 83.1E(2), NDGa. In this case, counsel for Defendant have indicated that they have provided the required notice to the Defendant. In addition, the docket reflects that Defendant has already retained substitute counsel, Jay Strongwater, who entered an appearance in the record on his behalf [178] on April 4, 2012. Furthermore, in light of the appearance of Defendant's new counsel, Plaintiff has withdrawn its objections to the withdrawal of Defendant's former counsel [181].

Accordingly, the "Motion for Leave to Withdraw as Counsel of Record" [171] filed by Steven M. Jampol, Esq. and North Atlanta Law Group, P.C., and the "Motion for Leave to Withdraw as Counsel" [174] filed by Martin A. Sabelli are **GRANTED** as unopposed. The Clerk is **DIRECTED** to update the docket to reflect that Mr. Jampol and Mr. Sabelli are no longer counsel of record for Defendant in this action.

In addition, Defendant has also filed a "Motion for Enlargement of Time" [179] in which he requests an extension of time to comply with the Court's Order of March 5, 2012 [170], in which the Court ordered him to produce the discovery requested in the Plaintiff's Motion to Compel [166] within thirty days of the Order. Although

Defendant requests an extension of time until April 13, 2012, the docket indicates that he filed a Notice of Certification [180] on April 5, 2012, indicating that he complied with the requirements of the Order. Furthermore, Plaintiff has not filed any response to the Motion for Enlargement of Time, indicating that it does not oppose the motion. *See* LR 7.1B, NDGa ("Failure to file a response shall indicate that there is no opposition to the motion."). Accordingly, the "Motion for Enlargement of Time" [179] is **GRANTED** as unopposed.

    **IT IS SO ORDERED** this 17th day of May, 2012.

$\rule{3in}{0.5pt}$
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE

3