IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERCEPT, INC., : | |
|     Plaintiff : | |
| : | CIVIL ACTION NUMBER |
| v. : | NO. 1:06-CV-1212-HTW-CCH |
| : | |
| LUIS ENRIQUE FERNANDO : | |
| MOLINA GALEANA, : | |
|     Defendant. : | |

## MOTION TO WITHDRAW AS COUNSEL

Comes now the undersigned, counsel for the defendant, Luis Enrique Fernando Molina Galeana, who moves the court for leave to withdraw as his counsel, and in support thereof shows the court the following:

1.

The defendant has failed to maintain contact with his counsels office by mail, telephone or internet.

2.

Therefore counsel is unable to assist the defendant in his response to post judgment discovery and scheduling a deposition.

3.

The defendant has been notified via Local Rule 8.3.1(E) in a letter that was e-mailed to the defendant on August 7, 2012.

Wherefore, the undersigned requests the court to allow him to withdraw as the defendant's attorney.

                                                Respectfully submitted,

                                                /s/ *Jay L. Strongwater*
                                                Jay L. Strongwater
                                                Georgia Bar No. 688750

1349 West Peachtree Street
Suite 1250
Atlanta, Georgia  30309
(404) 872-1700
Counsel for Defendant
jls@strongh2o.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| INTERCEPT, INC., | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NUMBER |
| v. | : | NO. 1:06-CV-1212-HTW-CCH |
| | : | |
| LUIS ENRIQUE FERNANDO | : | |
| MOLINA GALEANA, | : | |
|     Defendant. | : | |

## ORDER

Pending before the court is the motion of Jay L. Strongwater to withdraw as counsel for the defendant, Luis Enrique Fernando Molina Galeana. The court having read and considered the motion,

It is hereby ORDERED that the motion to withdraw is GRANTED.

This the _____ day of _____, 2012.

                                                _____
                                                United States District Court Judge
                                                Northern District of Georgia

Submitted by:

_____
Jay L. Strongwater
Georgia Bar No. 688750
1349 West Peachtree Street
Suite 1250
Atlanta, Georgia  30309
(404) 872-1700
Counsel for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this day served a true and correct copy of the within and foregoing pleadings upon counsel for the plaintiff by electronically posting through the District Court's ECF Filing System and first-class stamped mail, addressed as follows:

S. Wade Malone, Esq.
Nelson Mullins Riley & Scarborough, LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, Georgia 30363

This  12th  day of   September  , 2012.

                                        /s/ *Jay L. Strongwater*
                                        Jay L. Strongwater
                                        Georgia Bar No. 688750

1349 West Peachtree Street
Suite 1250
Atlanta, Georgia  30309
(404) 872-1700
Counsel for Defendant