IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERCEPT, INC., | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:06-CV-01212-RLV-GGB |
| LUIS ENRIQUE FERNANDO MOLINA GALEANA, | |
| Defendant. | |

## **ORDER**

This case is before the Court on the Motion to Withdraw as Counsel (Doc. 186) filed by Jay L. Strongwater, the attorney for Defendant Luis Enrique Fernando Molina Galeana.  The motion reflects that Mr. Strongwater properly notified his client of his intent to withdraw.  Neither Plaintiff nor Defendant has filed a response to the motion.  Therefore, it is deemed unopposed.  See LR 7.1(B) ("Failure to file a response shall indicate that there is no opposition to the motion.").  Accordingly, the Motion to Withdraw (Doc. 186) is **GRANTED**.

IT IS SO ORDERED this 2nd day of November 2012.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)